UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CASILLAS,<br><br>          Petitioner,<br><br>   v.<br><br>SECRETARY OF CORRECTIONS,<br><br>          Respondent. | No. 1:17-cv-00511-LJO-SKO<br><br>**ORDER LIFTING STAY**<br><br>**(Doc. 24)** |

On August 23, 2017, pursuant to Petitioner Omar Casillas' request, the Court administratively stayed the petition, pursuant to *Kelly v. Small,* 315 F.3d 1063 (9th Cir. 2002). The order directed Petitioner to file, within 30 days of the California Supreme Court's issuing a final order resolving all unexhausted claims, a motion to lift the stay and an amended petition setting forth all exhausted claims.

On December 22, 2017, Petitioner filed a motion to lift the stay as well as his third amended petition for writ of habeas corpus. Accordingly, the Court hereby ORDERS that the stay of proceedings in this case be lifted.

IT IS SO ORDERED.

1

Dated: **December 27, 2017**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE