UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CASILLAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SECRETARY OF CORRECTIONS,<br><br>　　　　　Respondent. | No. 1:17-cv-00511-LJO-SKO HC<br><br>**ORDER DENYING PETITIONER'S MOTION FOR DISCOVERY AS PREMATURE**<br><br>**(DOC. 34)** |

Petitioner, Omar Casillas, is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 20, 2018, Petitioner filed a motion to order Respondent to provide him with state court records.

On December 28, 2017, the Court ordered Respondent to file a responsive brief and to lodge the state court records in this case within 60 days. With the recently granted extension of time (Doc. 37), Respondent has until March 28, 2018, to file a response and lodge the state court records. Respondent will serve the lodged documents on Petitioner when Respondent files them with the Court.

//

1

Based on the foregoing, the Court DENIES Petitioner's motion as premature.

IT IS SO ORDERED.

Dated:  **February 23, 2018**                               /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE