UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CASILLAS,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF CORRECTIONS,<br><br>Respondent. | No. 1:17-00511-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY RESPONDENT'S MOTION TO DISMISS**<br><br>**(Docs. 40, 45)** |

Petitioner Omar Casillas is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On August 16, 2018, the Magistrate Judge filed findings and recommendations in which she recommended that the Court deny Respondent's motion to dismiss the petition. The findings and recommendations, which were served on all parties, provided that objections could be served within thirty days.

On October 9, 2018, Respondent filed objections. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Respondent's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2018, be adopted in full (Doc. 45);

2. Respondent's motion to dismiss (Doc. 40) is denied;

3. Respondent is ordered to file an answer to the petition within 60 days of this Order.

IT IS SO ORDERED.

Dated: __**December 11, 2018**__  __/s/ Lawrence J. O'Neill__
UNITED STATES CHIEF DISTRICT JUDGE